```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/14/10

MIECZYSLA DUDA, et al.,

        Plaintiffs,     :     09 Civ. 8128 (AJP)

     -against-     :     **ORDER OF DISMISSAL ON CONSENT**

BEST ROOFING OF NEW JERSEY, INC., et al.,     :

        Defendants.     :

------------------------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

    Based on the settlement agreement reached by all parties and transcribed by the court reporter on June 11, 2010, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs as to the corporate defendants and without prejudice as to the individual defendants, provided, however, that plaintiffs may reinstate the action within 90 days hereof if defendants do not make the payments under the settlement, pursuant to the provisions in the settlement agreement. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
               June 14, 2010

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    James E. Murphy, Esq.
                                Lloyd R. Ambinder, Esq.
                                Saul Zabell, Esq.
                                Ahmed A. Massoud, Esq.
                                Lisa Pashkoff, Esq.

MICROFILMED JUN 17 2010 -3 00 PM

## ** Transmit Confirmation Report **

HON ANDREW J PECK          Fax:212-805-7933                    Jun 14 2010 09:07am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912129439082 | Normal | 14,09:05am | 0'27" | 2 | # O K | BrdCast |
| 916315637475 | Normal | 14,09:06am | 0'23" | 2 | # O K | BrdCast |
| 912122076774 | Normal | 14,09:07am | 0'20" | 2 | # O K | BrdCast |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: June 14, 2010                                    Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| James E. Murphy, Esq. / Lloyd R. Ambinder, Esq. | 212-943-9082 |
| Saul Zabell, Esq. | 631-563-7475 |
| Ahmed A. Massoud, Esq. / Lisa Pashkoff, Esq. | 212-207-6774 |